**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6341

JONATHAN DONELL EDWARDS RHODES,

Plaintiff - Appellant,

v.

JOSEPH MCFADDEN; JAMES BLACKWELL; TIFFANY RAVENELL; LARRY COOPER; FRANCINE BACHMAN; MS. BIRCH; CAPTAIN JORDAN WILLIAMS; MS. RICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Sherri A. Lydon, District Judge. (5:19-cv-03231-SAL)

Submitted: December 5, 2024                    Decided: December 9, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan Donell Edwards Rhodes, Appellant Pro Se. Elloree Ann Ganes, Evan Michael Sobocinski, HOOD LAW FIRM, LLC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Donell Edwards Rhodes appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Defendants on Rhodes's amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rhodes's motion for assignment of counsel and affirm the district court's order. *Rhodes v. McFadden*, No. 5:19-cv-03231-SAL (D.S.C. Mar. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*